Bert W. Coleman, Special Assistant U.S. Attorney, Susan Elaine Meehan, Assistant Regional Counsel, Kristi Schmidt, Deputy Chief Counsel, Kansas City, MO, Mary Clare Luxa, Assistant U.S. Attorney, Des Moines, IA, for Defendant–Appellee.

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Leonard E. Fogle appeals the district court's[1] order affirming the Commissioner's determination that he is not entitled to disability insurance benefits, after his hearing before an administrative law judge. Upon de novo review, see Perks v. Astrue, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012), we are satisfied that the decision is supported by substantial evidence on the whole record, and that Fogle's arguments on appeal provide no basis for reversal. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Jose OLIVARES, also known as Juan Jose Oliveros, Defendant–Appellant.**

No. 16–1355

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2016

Filed: July 12, 2016

Travis D. Poindexter, Asst. Fed. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, on the brief), for appellant.

Justin G. Davids, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Juan Olivares appeals from the sentence the District Court[1] imposed after he pleaded guilty to a drug offense. His written plea agreement included an appeal waiver. His counsel has moved to withdraw and filed a brief in accordance with Anders

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was unreasonable. We conclude that the appeal waiver is enforceable. *See* United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo "the validity and applicability" of an appeal waiver); United States v. Andis, 333 F.3d 886, 889–92 (8th Cir.) (en banc) (discussing enforcement of appeal waivers), cert. denied, 540 U.S. 997, 124 S.Ct. 501, 157 L.Ed.2d 398 (2003). We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we dismiss this appeal.